02-12-107-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00107-CV 

 

 


 
 
 Fabian Thomas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Denise Daniel
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 431st
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion To Dismiss.”  It is
the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

 

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 August 23, 2012









[1]See Tex. R. App. P. 47.4.